# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:14CR00027-001 |
| | ) | (CASE NO. 7:19CV81385) |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| NANCY ELLEN SNYDER, | ) | By: Hon. Glen E. Conrad |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Defendant Nancy Ellen Snyder, a federal inmate, has filed a pro se submission that the court has construed and conditionally docketed as a motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255. After consideration of the motion and the record, the court concludes that the motion must be summarily dismissed as successive.[1]

Snyder's submission asked the court to reconsider and reduce her sentence of imprisonment. She notes that by pleading guilty, she accepted responsibility for her actions, and that she also provided assistance to law enforcement toward prosecution of other wrongdoers. She describes her efforts since her incarceration to rehabilitate and educate herself in preparation for successful reentry into society after completion of her sentence.

While the court commends Snyder's work toward rehabilitating herself, the court has no jurisdiction here to grant the relief she is seeking. Court records indicate that Snyder previously filed a § 2255 motion that the court considered and denied. See United States v. Snyder, 7:14CR00027-1/7:16CV81219 (W.D. Va. Dec. 14, 2017). This court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. See 28 U.S.C.

---

[1] Pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings, the court must summarily dismiss a § 2255 motion where it is clear from the motion, the attachments, and the record of prior proceedings that the defendant is not entitled to relief.

§ 2255(h). Snyder has not provided evidence that she has obtained certification to pursue a second § 2255 motion. Accordingly, the court must dismiss her current motion without prejudice as successive. An appropriate order will issue this day.

The Clerk is directed to send copies of this memorandum opinion and accompanying order to the defendant and counsel of record for the government.

ENTER: This <u>18th</u> day of July, 2019.

                                                  /s/ Glen E. Conrad
                                                Senior United States District Judge